

#4:20-cr-00046-SDJ-KPJ

To Whom it May Concern:   Appeals Court case #21-40462

My name is Ronald Rogers and I am requesting to see if I am going to get a Public Defender on my direct appeal since my former Public Defender (Denise Benson) filed an Anders Brief to remove herself as counsel. She also retired and is no longer around for me to get any answers as to why some of the points that I have began to research are not or were not raised on my appeal or at court before or during my sentencing. One of the main ones being a Buyer/Seller relationship. Many others along with this point were not mentioned. I have never received a copy of my attorney's motion she filed even after requesting one. I have been in constant movement and quarantines, along with Isolations due to Covid and I am not sure if we are getting an extention due to being locked down and not being able to go to Law Libraries or on the computers in the dorms due to only being able to come out a few times a week and when we do it is for a shower and that is all. If you could answer back and let me know what is going on so that I am actually able to file my direct appeal with an attorney that will raise the points that I see and he/she sees as well that would be great.

Sincerely,
Ronald Rogers #29353-078