Ronald Rogers #29353078
Federal Correctional Institution
P.O. Box 725
Edgefield, SC. 29824

AUGUSTA GA 308

03 NOV 2022 PM 1 T

RECEIVED

NOV 07 2022

Clerk, U.S. District Court
Eastern District of Texas

75024$2360

United States District Court
7940 Preston Rd.
Plano, TX. 75024